UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:22-00136** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TRUMAINE CORNELIUS ROLLINS** | **MAG. JUDGE KAYLA DYE MCCLUSKY** |

**ORDER**

On April 4, 2025, the Clerk of Court received from Defendant Trumaine Cornelius Rollins ("Rollins") a motion requesting copies of his statement of reasons, judgment and commitment, and an updated docket sheet. [doc. #69]. He contends that he needs these documents because he is preparing to file an action in this Court.

An indigent defendant has a statutory right to free transcripts and documents in particular circumstances. *See* 28 U.S.C. § 753(f); *United States v. MacCollum*, 426 U.S. 317 (1976). However, the defendant must establish that the documents are needed to decide an issue in a pending suit and that the suit is not frivolous. 28 U.S.C. § 753(f). In this case, Rollins has no pending suit before the Court. Therefore, even if he is indigent, he does not meet the statutory requirements for free documents.

As a courtesy, the undersigned will instruct the Clerk of Court to provide Rollins with a copy of the current docket sheet free of charge, but no further documents will be provided unless Rollins can show need as set forth above.

Accordingly, IT IS ORDERED that Rollins' motion is GRANTED IN PART and DENIED IN PART.  The Clerk of Court is instructed to mail Rollins a current copy of the docket sheet.  His motion is otherwise DENIED.

MONROE, LOUISIANA, this 11th day of April, 2025.

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE